Grade Damage Commission. (In the Matter of T. B. S. Gray.) (In the Matter of Mott Haven Company.) (In the Matter of W. W. Astor.) (In the Matter of E. C. Gainsburg.) (In the Matter of E. A. Morrison.) (In the Matter of E. E.

De Vinne.) (In the Matter of M. Geisxler.) — Motions granted; time extended one year. Settle orders on notice.